15-100059

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In Re:  Chapter 7
Case: 15-41081 RJK

Daniel Walter Gill

     Debtor

---

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Pursuant to Bankruptcy Rules 9010(b) and 2002(I) and Local Rule 2002-5, the undersigned hereby notes his/her appearance as attorney for Baxter Credit Union, a creditor in the above case, and requests all parties in interest to serve copies of notices and all papers (including pleadings, motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned at the office address and telephone number set forth below.

        SHAPIRO & ZIELKE, LLP
        12550 West Frontage Road, Ste. 200
        Burnsville, MN 55337
        (952) 831-4060

Dated: April 6, 2015.

        RESPECTFULLY SUBMITTED,

        SHAPIRO & ZIELKE, LLP

        /e/ Thomas J. Hainje
        Lawrence P. Zielke - 152559 ☐
        Thomas J. Hainje - 390325 ☐
        12550 West Frontage Road, Ste. 200
        Burnsville, MN 55337
        (952) 831-4060